COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-276-CV

 

IN RE DAMIEN THIBOULT                                                         RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus, the State=s
response, and the trial court=s
October 16, 2009 order and is of the opinion that the petition should be
dismissed as moot.[2]  Accordingly, relator=s
petition for writ of mandamus is dismissed as moot.

 

PER CURIAM

 

 

PANEL: 
LIVINGSTON, J.; CAYCE, C.J.; and GARDNER, J.

 

DELIVERED: 
October 22, 2009











     [1]See
Tex. R. App. P. 47.4.





     [2]To
the extent relator asks for relief other than a ruling on the motion to compel,
that relief is denied.